MARK S. POSARD (SBN: 208790)
mposard@grsm.com
PHILIP BARILOVITS (SBN: 199944)
pbarilovits@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
3 Parkcenter Drive, Suite 200
Sacramento, CA 95825
Telephone: (916) 565-2900
Facsimile: (916) 920-4402

Attorneys for Defendant,
FAIRFIELD RESIDENTIAL CC HOLDINGS, LLC

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HOFFMAN,<br><br>        Plaintiff,<br><br>  v.<br><br>FAIRFIELD RESIDENTIAL CC HOLDINGS, LLC; KIMBALL TIREY & ST. JOHN, LLP; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC,<br><br>        Defendants. | Case No. 3-25-cv-01519-H-AHG<br><br>**DEFENDANT FAIRFIELD RESIDENTIAL CC HOLDINGS, LLC"S ANSWER TO PLAINTIFF"S COMPLAINT**<br><br>Date Action Filed: June 12, 2025 |

Defendant, FAIRFIELD RESIDENTIAL CC HOLDINGS, LLC ("Defendant"), by and through its respective counsel, hereby answers the complaint ("Complaint") of plaintiff KEVIN HOFFMAN ("Plaintiff"), as follows:

1. Answering Paragraph 1 of the Complaint, Defendant responds as follows: this paragraph contains no factual allegations against Defendant, so no response is required; to the extent a response might be required, Defendant denies

the allegations of this paragraph insofar as they could be construed to be directed at Defendant.

2. Answering Paragraph 2 of the Complaint, Defendant responds as follows: this paragraph contains no factual allegations against Defendant, so no response is required; to the extent a response might be required, Defendant denies the allegations of this paragraph insofar as they could be construed to be directed at Defendant.

3. Answering Paragraph 3 of the Complaint, Defendant responds as follows: insofar as this paragraph contains factual allegations not directed at Defendant, no response is required; to the extent a response might be required for these allegations, Defendant denies the allegations of this paragraph insofar as these allegations could be construed to be directed at Defendant. Defendant denies that it unlawfully collected a debt owed by Plaintiff. Defendant denies that it reported false information on Plaintiff's credit reports. Defendant denies that it damaged Plaintiff. Defendant denies the remaining allegations of this paragraph.

4. Answering Paragraph 4 of the Complaint, Defendant responds as follows: this paragraph contains no factual allegations against Defendant, so no response is required; to the extent a response might be required, Defendant denies the allegations of this paragraph insofar as they could be construed to be directed at Defendant.

5. Answering Paragraph 5 of the Complaint, Defendant responds as follows: this paragraph contains no factual allegations against Defendant, so no response is required; to the extent a response might be required, Defendant denies the allegations of this paragraph insofar as they could be construed to be directed at Defendant.

6. Answering Paragraph 6 of the Complaint, Defendant responds as follows: insofar as this paragraph contains factual allegations not directed at Defendant, no response is required; to the extent a response might be required for

these allegations, Defendant denies the allegations of this paragraph insofar as these allegations could be construed to be directed at Defendant. Defendant denies that it committed any unlawful act or violation regarding Plaintiff. Defendant denies that it committed any unlawful act or violation in a knowing or intentional manner. Defendant denies that it failed to maintain procedures reasonably adapted to avoid any violation. Defendant denies the remaining allegations of this paragraph.

7. Answering Paragraph 7 of the Complaint, Defendant responds as follows: insofar as this paragraph contains factual allegations not directed at Defendant, no response is required; to the extent a response might be required for these allegations, Defendant denies the allegations of this paragraph insofar as these allegations could be construed to be directed at Defendant. Defendant denies that it committed any unlawful act or violation regarding Plaintiff and denies that any of its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, subrogees, representatives or insurers committed any unlawful act or violation regarding Plaintiff. Defendant denies the remaining allegations of this paragraph.

8. Answering Paragraph 8 of the Complaint, Defendant responds as follows: Defendant admits that this Court has jurisdiction under the statutes cited by Plaintiff. Defendant denies that it violated any of the statutes cited in this paragraph.

9. Answering Paragraph 9 of the Complaint, Defendant responds as follows: insofar as this paragraph contains factual allegations not directed at Defendant, no response is required; to the extent a response might be required for these allegations, Defendant denies the allegations of this paragraph insofar as these allegations could be construed to be directed at Defendant. Defendant admits that Plaintiff purports to bring a claim against it under the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code 1788, *et seq*. Defendant denies that it violated the Rosenthal Act, the Fair Debt Collections Practices Act, the Fair Credit Reporting Act,

the California Consumer Credit Reporting Agencies Act, or any other statute with regard to Plaintiff.

10. Answering Paragraph 10 of the Complaint, Defendant responds as follows: Defendants admits the allegations in this paragraph.

11. Answering Paragraph 11 of the Complaint, Defendant responds as follows: Defendant admits the allegations in this paragraph.

12. Answering Paragraph 12 of the Complaint, Defendant responds as follows: Defendant does not have sufficient information or knowledge to admit or deny the allegations of this paragraph, which solely consist of allegations regarding Plaintiff, and, on this basis, denies the allegations of this paragraph.

13. Answering Paragraph 13 of the Complaint, Defendant responds as follows: Defendant does not have sufficient information or knowledge to admit or deny the allegations of this paragraph, which solely consist of allegations regarding Plaintiff, and, on this basis, denies the allegations of this paragraph.

14. Answering Paragraph 14 of the Complaint, Defendant responds as follows: Defendant admits that is it a company operating in California and that its principal place of business is in San Diego County, California. Defendant denies any remaining allegations in this paragraph.

15. Answering Paragraph 15 of the Complaint, Defendant responds as follows: this paragraph contains only a legal conclusion to which no response is required. Insofar as a response would be required, Defendant denies the allegations in this paragraph.

16. Answering Paragraph 16 of the Complaint, Defendant responds as follows: this paragraph contains no factual allegations against Defendant, so no response is required; to the extent a response might be required, Defendant denies the allegations of this paragraph insofar as they could be construed to be directed at Defendant.

/ / /

17. Answering Paragraph 17 of the Complaint, Defendant responds as follows: this paragraph contains no factual allegations against Defendant, so no response is required; to the extent a response might be required, Defendant denies the allegations of this paragraph insofar as they could be construed to be directed at Defendant.

18. Answering Paragraph 18 of the Complaint, Defendant responds as follows: this paragraph contains no factual allegations against Defendant, so no response is required; to the extent a response might be required, Defendant denies the allegations of this paragraph insofar as they could be construed to be directed at Defendant.

19. Answering Paragraph 19 of the Complaint, Defendant responds as follows: this paragraph contains no factual allegations against Defendant, so no response is required; to the extent a response might be required, Defendant denies the allegations of this paragraph insofar as they could be construed to be directed at Defendant.

20. Answering Paragraph 20 of the Complaint, Defendant responds as follows: this paragraph contains no factual allegations against Defendant, so no response is required; to the extent a response might be required, Defendant denies the allegations of this paragraph insofar as they could be construed to be directed at Defendant.

21. Answering Paragraph 21 of the Complaint, Defendant responds as follows: this paragraph contains no factual allegations against Defendant, so no response is required; to the extent a response might be required, Defendant denies the allegations of this paragraph insofar as they could be construed to be directed at Defendant.

22. Answering Paragraph 22 of the Complaint, Defendant responds as follows: this paragraph contains no factual allegations against Defendant, so no response is required; to the extent a response might be required, Defendant denies

the allegations of this paragraph insofar as they could be construed to be directed at Defendant.

23. Answering Paragraph 23 of the Complaint, Defendant responds as follows: this paragraph contains only a legal conclusion to which no response is required. Insofar as a response would be required, Defendant denies the allegations in this paragraph.

24. Answering Paragraph 24 of the Complaint, Defendant responds as follows: this paragraph contains only a legal conclusion to which no response is required. Insofar as a response would be required, Defendant denies the allegations in this paragraph.

25. Answering Paragraph 25 of the Complaint, Defendant responds as follows: this paragraph contains only a legal conclusion to which no response is required. Insofar as a response would be required, Defendant denies the allegations in this paragraph.

26. Answering Paragraph 26 of the Complaint, Defendant responds as follows: to the extent that the allegations in this paragraph concern entities other than Defendant, no response is required; to the extent a response to allegations not concerning it might be required, Defendant denies the allegations in this paragraph; Defendant denies the remaining allegations in this paragraph.

27. Answering Paragraph 27 of the Complaint, Defendant responds as follows: Defendant is still investigating the factual background of this case. Defendant does not have sufficient information or knowledge to admit or deny the allegations of this paragraph, and, on this basis, denies the allegations of this paragraph.

28. Answering Paragraph 28 of the Complaint, Defendant responds as follows: Defendant is still investigating the factual background of this case. Defendant does not have sufficient information or knowledge to admit or deny the

DEFENDANT FAIRFIELD RESIDENTIAL CC HOLDINGS, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT

allegations of this paragraph, and, on this basis, denies the allegations of this paragraph.

29. Answering Paragraph 29 of the Complaint, Defendant responds as follows; Defendant is still investigating the factual background of this case. Defendant does not have sufficient information or knowledge to admit or deny the allegations of this paragraph, and, on this basis, denies the allegations of this paragraph.

30. Answering Paragraph 30 of the Complaint, Defendant responds as follows: Defendant is still investigating the factual background of this case. Defendant does not have sufficient information or knowledge to admit or deny the allegations of this paragraph, and, on this basis, denies the allegations of this paragraph.

31. Answering Paragraph 31 of the Complaint, Defendant responds as follows: Defendant is still investigating the factual background of this case. Defendant does not have sufficient information or knowledge to admit or deny the allegations of this paragraph, and, on this basis, denies the allegations of this paragraph.

32. Answering Paragraph 32 of the Complaint, Defendant responds as follows: Defendant is still investigating the factual background of this case. Defendant does not have sufficient information or knowledge to admit or deny the allegations of this paragraph, and, on this basis, denies the allegations of this paragraph.

33. Answering Paragraph 33 of the Complaint, Defendant responds as follows: Defendant is still investigating the factual background of this case. Defendant does not have sufficient information or knowledge to admit or deny the allegations of this paragraph, and, on this basis, denies the allegations of this paragraph.

///

34. Answering Paragraph 34 of the Complaint, Defendant responds as follows: Defendant is still investigating the factual background of this case. Defendant does not have sufficient information or knowledge to admit or deny the allegations of this paragraph, and, on this basis, denies the allegations of this paragraph.

35. Answering Paragraph 35 of the Complaint, Defendant responds as follows: Defendant is still investigating the factual background of this case. Defendant does not have sufficient information or knowledge to admit or deny the allegations of this paragraph, and, on this basis, denies the allegations of this paragraph.

36. Answering Paragraph 36 of the Complaint, Defendant responds as follows: this paragraph contains no factual allegations against Defendant, so no response is required; to the extent a response might be required, Defendant denies the allegations of this paragraph insofar as they could be construed to be directed at Defendant.

37. Answering Paragraph 37 of the Complaint, Defendant responds as follows: this paragraph contains no factual allegations against Defendant, so no response is required; to the extent a response might be required, Defendant denies the allegations of this paragraph insofar as they could be construed to be directed at Defendant.

38. Answering Paragraph 38 of the Complaint, Defendant responds as follows: Defendant denies the allegations of this paragraph.

39. Answering Paragraph 39 of the Complaint, Defendant responds as follows: Defendant does not have sufficient information or knowledge to admit or deny the allegations of this paragraph, and, on this basis, denies the allegations of this paragraph.

40. Answering Paragraph 40 of the Complaint, Defendant responds as follows: this paragraph contains no factual allegations against Defendant, so no

DEFENDANT FAIRFIELD RESIDENTIAL CC HOLDINGS, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT

response is required; to the extent a response might be required, Defendant denies the allegations of this paragraph insofar as they could be construed to be directed at Defendant.

41. Answering Paragraph 41 of the Complaint, Defendant responds as follows: this paragraph contains no factual allegations against Defendant, so no response is required; to the extent a response might be required, Defendant denies the allegations of this paragraph insofar as they could be construed to be directed at Defendant.

42. Answering Paragraph 42 of the Complaint, Defendant responds as follows: this paragraph contains no factual allegations against Defendant, so no response is required; to the extent a response might be required, Defendant denies the allegations of this paragraph insofar as they could be construed to be directed at Defendant.

43. Answering Paragraph 43 of the Complaint, Defendant responds as follows: this paragraph contains no factual allegations against Defendant, so no response is required; to the extent a response might be required, Defendant denies the allegations of this paragraph insofar as they could be construed to be directed at Defendant.

44. Answering Paragraph 44 of the Complaint, Defendant responds as follows: this paragraph contains no factual allegations against Defendant, so no response is required; to the extent a response might be required, Defendant denies the allegations of this paragraph insofar as they could be construed to be directed at Defendant.

45. Answering Paragraph 45 of the Complaint, Defendant responds as follows: this paragraph contains no factual allegations against Defendant, so no response is required; to the extent a response might be required, Defendant denies the allegations of this paragraph insofar as they could be construed to be directed at Defendant.

DEFENDANT FAIRFIELD RESIDENTIAL CC HOLDINGS, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT

46. Answering Paragraph 46 of the Complaint, Defendant responds as follows: this paragraph contains no factual allegations against Defendant, so no response is required; to the extent a response might be required, Defendant denies the allegations of this paragraph insofar as they could be construed to be directed at Defendant.

47. Answering Paragraph 47 of the Complaint, Defendant responds as follows: this paragraph contains no factual allegations against Defendant, so no response is required; to the extent a response might be required, Defendant denies the allegations of this paragraph insofar as they could be construed to be directed at Defendant.

48. Answering Paragraph 48 of the Complaint, Defendant responds as follows: this paragraph contains no factual allegations against Defendant, so no response is required; to the extent a response might be required, Defendant denies the allegations of this paragraph insofar as they could be construed to be directed at Defendant.

49. Answering Paragraph 49 of the Complaint, Defendant responds as follows: this paragraph contains no factual allegations against Defendant, so no response is required; to the extent a response might be required, Defendant denies the allegations of this paragraph insofar as they could be construed to be directed at Defendant.

50. Answering Paragraph 50 of the Complaint, Defendant responds as follows: this paragraph contains no factual allegations against Defendant, so no response is required; to the extent a response might be required, Defendant denies the allegations of this paragraph insofar as they could be construed to be directed at Defendant.

51. Answering Paragraph 51 of the Complaint, Defendant responds as follows: this paragraph contains no factual allegations against Defendant, so no response is required; to the extent a response might be required, Defendant denies

the allegations of this paragraph insofar as they could be construed to be directed at Defendant.

52. Answering Paragraph 52 of the Complaint, Defendant responds as follows: this paragraph contains no factual allegations against Defendant, so no response is required; to the extent a response might be required, Defendant denies the allegations of this paragraph insofar as they could be construed to be directed at Defendant.

53. Answering Paragraph 53 of the Complaint, Defendant responds as follows: this paragraph contains no factual allegations against Defendant, so no response is required; to the extent a response might be required, Defendant denies the allegations of this paragraph insofar as they could be construed to be directed at Defendant.

54. Answering Paragraph 54 of the Complaint, Defendant responds as follows: insofar as the allegations in this paragraph concern Defendant, Defendant denies these allegations. To the extent the allegations of this paragraph concern persons other than Defendant, Defendant lacks sufficient information to admit or deny these allegations, and, on this basis, denies these allegations.

55. Answering Paragraph 55 of the Complaint, Defendant incorporates by reference all of its responses to paragraphs 1 through 54 as if fully set forth herein.

56. Answering Paragraph 56 of the Complaint, Defendant responds as follows: insofar as the allegations in this paragraph concern Defendant, Defendant denies these allegations. To the extent the allegations of this paragraph concern persons other than Defendant, Defendant lacks sufficient information to admit or deny these allegations, and, on this basis, denies these allegations.

57. Answering Paragraph 57 of the Complaint, Defendant responds as follows: this paragraph contains no factual allegations against Defendant, so no response is required; to the extent a response might be required, Defendant denies

DEFENDANT FAIRFIELD RESIDENTIAL CC HOLDINGS, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT

the allegations of this paragraph insofar as they could be construed to be directed at Defendant.

58. Answering Paragraph 58 of the Complaint, Defendant responds as follows: this paragraph contains no factual allegations against Defendant, so no response is required; to the extent a response might be required, Defendant denies the allegations of this paragraph insofar as they could be construed to be directed at Defendant.

59. Answering Paragraph 59 of the Complaint, Defendant incorporates by reference all of its responses to paragraphs 1 through 54 as if fully set forth herein.

60. Answering Paragraph 60 of the Complaint, Defendant responds as follows: insofar as the allegations in this paragraph concern Defendant, Defendant denies these allegations. To the extent the allegations of this paragraph concern persons other than Defendant, Defendant lacks sufficient information to admit or deny these allegations, and, on this basis, denies these allegations.

61. Answering Paragraph 61 of the Complaint, Defendant responds as follows: insofar as the allegations in this paragraph concern Defendant, Defendant denies these allegations. To the extent the allegations of this paragraph concern persons other than Defendant, Defendant lacks sufficient information to admit or deny these allegations, and, on this basis, denies these allegations.

62. Answering Paragraph 62 of the Complaint, Defendant incorporates by reference all of its responses to paragraphs 1 through 61 as if fully set forth herein.

63. Answering Paragraph 63 of the Complaint, Defendant responds as follows: this paragraph contains no factual allegations against Defendant, so no response is required; to the extent a response might be required, Defendant denies the allegations of this paragraph insofar as they could be construed to be directed at Defendant.

64. Answering Paragraph 64 of the Complaint, Defendant responds as follows: this paragraph contains no factual allegations against Defendant, so no

response is required; to the extent a response might be required, Defendant denies the allegations of this paragraph insofar as they could be construed to be directed at Defendant.

65. Answering Paragraph 65 of the Complaint, Defendant responds as follows: this paragraph contains no factual allegations against Defendant, so no response is required; to the extent a response might be required, Defendant denies the allegations of this paragraph insofar as they could be construed to be directed at Defendant.

66. Answering Paragraph 66 of the Complaint, Defendant incorporates by reference all of its responses to paragraphs 1 through 65 as if fully set forth herein.

67. Answering Paragraph 67 of the Complaint, Defendant responds as follows: insofar as the allegations in this paragraph concern Defendant, Defendant denies these allegations. To the extent the allegations of this paragraph concern persons other than Defendant, Defendant lacks sufficient information to admit or deny these allegations, and, on this basis, denies these allegations.

68. Answering Paragraph 68 of the Complaint, Defendant responds as follows: this paragraph contains no factual allegations against Defendant, so no response is required; to the extent a response might be required, Defendant denies the allegations of this paragraph insofar as they could be construed to be directed at Defendant.

69. Answering Paragraph 69 of the Complaint, Defendant responds as follows: this paragraph contains no factual allegations against Defendant, so no response is required; to the extent a response might be required, Defendant denies the allegations of this paragraph insofar as they could be construed to be directed at Defendant.

70. Answering Paragraph 70 of the Complaint, Defendant responds as follows: this paragraph contains no factual allegations against Defendant, so no response is required; to the extent a response might be required, Defendant denies

DEFENDANT FAIRFIELD RESIDENTIAL CC HOLDINGS, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT

the allegations of this paragraph insofar as they could be construed to be directed at Defendant.

71. Answering Paragraph 71 of the Complaint, Defendant responds as follows: this paragraph contains no factual allegations against Defendant, so no response is required; to the extent a response might be required, Defendant denies the allegations of this paragraph insofar as they could be construed to be directed at Defendant.

72. Answering Plaintiff's Prayer for Relief, Defendant denies that Plaintiff is entitled to any requested relief from Defendant.

### FIRST AFFIRMATIVE DEFENSE
(Failure to State a Claim)

The Complaint, and each and every purported count thereof, fails to set forth facts sufficient to constitute a cause of action for which relief can be granted against this answering Defendant.

### SECOND AFFIRMATIVE DEFENSE
(Good Faith)

This answering Defendant has acted in good faith with the absence of malice towards Plaintiff.

### THIRD AFFIRMATIVE DEFENSE
(Contribution)

This answering Defendant alleges on information and belief that the damages suffered by Plaintiff, if any, were the direct and proximate result of the negligence of parties, persons, corporations and/or entities other than this answering Defendant, and that the liability of these answering Defendant, if any, is limited in direct proportion to the percentage of fault actually attributable to this answering Defendant.

///

///

## FOURTH AFFIRMATIVE DEFENSE

(Failure to Mitigate Damages)

Defendant alleges on information and belief that Plaintiff is barred from recovery herein by reason of failure to mitigate damages.

## FIFTH AFFIRMATIVE DEFENSE

(Comparative Fault of Third Parties)

This answering Defendant is informed and believes, and upon such information and belief alleges, that the incident and property damage or injuries, if any, allegedly suffered by Plaintiff, were proximately caused and contributed to by the negligence of third parties (other than Plaintiff or these answering Defendant), and that said third parties failed to exercise reasonable care at and prior to the time of said damages, and by reason thereof, any recovery by Plaintiff against these answering Defendant must be reduced by an amount equal to the proportionate fault of said parties.

## SIXTH AFFIRMATIVE DEFENSE

(Intervening and Superceding Causes)

This answering Defendant is informed and believes and thereon alleges that the injuries, property damage and damages of which Plaintiff complains were proximately caused by or contributed to by the acts of other defendants, persons and/or other entities, and that said acts were an intervening and superseding cause of the injuries and damages, if any, of which the Plaintiff complains, thus barring Plaintiff from any recovery against this answering Defendant.

## SEVENTH AFFIRMATIVE DEFENSE

(Laches)

The complaint is barred by the doctrine of latches.

///

///

///

### EIGHTH AFFIRMATIVE DEFENSE

(Superior Equities)

These answering Defendants allege on information and belief that the doctrine of superior equities precludes Plaintiff's claims.

### NINTH AFFIRMATIVE DEFENSE

(Unclean Hands)

Plaintiff is barred by the equitable doctrine of unclean hands from obtaining the relief requested.

### TENTH AFFIRMATIVE DEFENSE

(Estoppel)

This answering Defendant is informed and believes, and thereon alleges, that Plaintiff engaged in conduct and activities with respect to the subject of this litigation, and by reason of said activities and conduct, is estopped from asserting any claims for damages or seeking any other relief against this answering Defendant.

### ELEVENTH AFFIRMATIVE DEFENSE

(Waiver)

These answering Defendants are informed and believe, and thereon allege, that Plaintiff has engaged in conduct and activities sufficient to constitute a waiver of any alleged breach of contract or duty, negligence, act, omission, or any other conduct, if any, as set forth in the Complaint.

### TWELFTH AFFIRMATIVE DEFENSE

(Offset)

This answering Defendant alleges that any damages awarded to Plaintiff be offset by amounts Plaintiff recovers from third parties.

### THIRTEENTH AFFIRMATIVE DEFENSE

(Right to Cure)

Defendant alleges Plaintiff is barred from recovery under the Rosenthal Fair

Debt Collection Practices act based on Defendants''s right to cure under California Civil Code § 1788.30(d).

## FOURTEENTH AFFIRMATIVE DEFENSE

(Lack of Scienter)

Defendant alleges that to the extent that Plaintiff proves that Defendant conducted any of the activities alleged in Plaintiff's Complaint, Plaintiff's claims are barred, in whole or in part, because Defendant had no intent or knowledge, nor any reasonable grounds to know, that any such activities or omissions were unlawful, untrue, or misleading, nor did Defendant act with any intent that others rely upon such activities or omission.

## FIFTEENTH AFFIRMATIVE DEFENSE

(Lack of Materiality)

Plaintiff's claims, are barred, in whole or in part, because the alleged statements and/or omissions were not material.

## SIXTEENTH AFFIRMATIVE DEFENSE

Reservation

Defendant presently has insufficient knowledge or information on which to form a belief as to whether it may have additional, as yet unstated affirmative defenses available. Defendant reserves herein the right to assert additional defenses in the event that the discovery indicates that they would be appropriate.

WHEREFORE, Defendant prays as follows:

1. That Plaintiff take nothing by reason of his complaint, that judgment be rendered in favor of Defendant;

2. That Defendant be awarded costs of suit incurred in defense of this action;

/ / /

3. For such other relief as the Court deems proper.

Dated: August 15, 2025

GORDON REES SCULLY MANSUKHANI, LLP

By: _____
Philip Barilovits
Attorneys for Defendant,
FAIRFIELD RESIDENTIAL CC HOLDINGS, LLC