**LOKER LAW, APC**
Scott M. Plescia (349319)
scott.plescia@loker.law
Telephone: (805) 323-3780
132 Bridge Street
Arroyo Grande, CA 93420

*Attorney for Plaintiff,*
Kevin Hoffman

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN HOFFMAN,** | **Case No.:** 25-CV-01519-AJB-AHG |
| Plaintiff, | |
| v. | **NOTICE OF ACCEPTANCE OF DEFENDANTS' FAIRFIELD RESIDENTIAL CC HOLDINGS LLC, AND KIMBALL, TIREY & ST. JOHN, LLP'S OFFER OF JUDGMENT** |
| **FAIRFIELD RESIDENTIAL CC HOLDINGS LLC, KIMBALL, TIREY & ST. JOHN, LLP, EQUIFAX INFORMATION SOLUTIONS, LLC, AND TRANS UNION, LLC,,** | |
| Defendant. | **HON. ANTHONY J. BATTAGLIA** |

*LOKER LAW, APC*
*132 BRIDGE STREET*
*ARROYO GRANDE, CA 93420*

NOTICE IS HEREBY GIVEN that Plaintiff KEVIN HOFFMAN hereby accepts Defendants FAIRFIELD RESIDENTIAL CC HOLDINGS LLC and KIMBALL, TIREY & ST. JOHN, LLP's Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure. [See Exhibit 1]. Plaintiff requests that judgment be entered in Plaintiff's favor against Defendants Fairfield Residential CC Holdings LLC and Kimball, Tirey & St. John, LLP in accordance with said Offer.

Date: December 27, 2025                    **LOKER LAW, APC**

BY: ___/s/ SCOTT M. PLESCIA___
                         SCOTT M. PLESCIA, ESQ.
                         ATTORNEY FOR PLAINTIFF

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

## <u>CERTIFICATE OF SERVICE</u>

A copy of the foregoing has been submitted on December 27, 2025 to all defense counsel of record via e-mail.

___/s/ SCOTT M. PLESCIA___
SCOTT M. PLESCIA

CASE NO.: 25-CV-01519-AJB-AH          *Hoffman v. Fairfield Residential CC Holdings LLC, et al*

**PROOF OF SERVICE**