**LOKER LAW, APC**
Scott M. Plescia (349319)
scott.plescia@loker.law
Telephone: (805) 323-3780
132 Bridge Street
Arroyo Grande, CA 93420

*Attorney for Plaintiff,*
Kevin Hoffman

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HOFFMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>FAIRFIELD RESIDENTIAL CC HOLDINGS LLC, KIMBALL, TIREY & ST. JOHN, LLP, EQUIFAX INFORMATION SOLUTIONS, LLC, AND TRANS UNION, LLC,,<br><br>    Defendant. | Case No.: 25-CV-01519-H-AHG<br><br>**NOTICE OF ACCEPTANCE OF DEFENDANTS' FAIRFIELD RESIDENTIAL CC HOLDINGS LLC, AND KIMBALL, TIREY & ST. JOHN, LLP'S OFFER OF JUDGMENT**<br><br>**HON. ANTHONY J. BATTAGLIA** |

---

**CASE NO.: 25-CV-01519-AJB-AHG**   *Hoffman v. Fairfield Residential CC Holdings LLC, et al*
**DECLARATION OF SCOTT M. PLESCIA**

I, SCOTT M. PLESCIA, ESQ., hereby declare under penalty of perjury, pursuant to the laws of the State of California and those of the United States of America that the foregoing is true and correct:

1. I am over the age of 18 and am fully competent to make this declaration.
2. I am an associate at Loker Law, APC, a consumer protection law firm based in Arroyo Grande, CA.
3. If called as a witness, I would competently testify to the matters herein from personal knowledge.
4. I am an attorney licensed to practice before this Court and counsel of record for Plaintiff Kevin Hoffman in this action. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently thereto.
5. The Offer of Judgment issued by Defendants Fairfield Residential CC Holdings LLC and Kimball, Tirey & St. John, LLP pursuant to Rule 68 of the Federal Rules of Civil Procedure was had an effective service date of November 15, 2025.
6. The Offer of Judgment required a response within fourteen (14) days of service, making the response deadline December 1, 2025.
7. Prior to the expiration of the response deadline, Plaintiff, through counsel, accepted the Offer of Judgment in writing.
8. Attached hereto as Exhibit 2 is a true and correct copy of the email reflecting Plaintiff's timely acceptance thereof.

CASE NO.: 25-CV-01519-AJB-AHG  *Hoffman v. Fairfield Residential CC Holdings LLC, et al*
**DECLARATION OF SCOTT M. PLESCIA**

I declare under the penalty of perjury, pursuant to the laws of the State of California and those of the United States of America that the foregoing is true and correct. Executed on December 26, 2025

Date: December 27, 2025                                                          **LOKER LAW, APC**

                                                         By:   ___/s/ Scott M. Plescia___
                                                                            SCOTT M. PLESCIA, ESQ.
                                                                            ATTORNEY FOR PLAINTIFF

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

**CASE NO.: 25-CV-01519-AJB-AHG**           *Hoffman v. Fairfield Residential CC Holdings LLC, et al*
**DECLARATION OF SCOTT M. PLESCIA**

## CERTIFICATE OF SERVICE

A copy of the foregoing *Declaration of Scott M. Plescia* has been filed on December 27, 2025 through the Court's electronic filing system.  All parties may access the foregoing via the Court's electronic filing system.

   /s/ Scott M. Plescia
SCOTT M. PLESCIA, ESQ.