# EXHIBIT 1

_____

## IN THE CASE OF

## KEVIN HOFFMAN,

## V.

## FAIRFIELD RESIDENTIAL CC HOLDINGS LLC, KIMBALL, TIREY & ST. JOHN, LLP, EQUIFAX INFORMATION SOLUTIONS, LLC, AND TRANS UNION, LLC,.

## 25-CV-01519-AJB-AHG



THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendants Kimball Tirey &
St. John, LLP and Fairfield Residential CC
Holdings, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HOFFMAN,<br><br>          Plaintiff,<br><br>     v.<br><br>FAIRFIELD RESIDENTIAL CC HOLDINGS, LLC; KIMBALL TIREY & ST. JOHN; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC,<br><br>          Defendants. | Case No. 3:25-CV-01519-H-AHG<br><br>**DEFENDANTS KIMBALL TIREY & ST. JOHN, LLP AND FAIRFIELD RESIDENTIAL CC HOLDINGS, LLC'S OFFER TO ALLOW JUDGMENT PURSUANT TO RULE 68**<br><br>District Judge: Hon. Marilyn L. Huff<br>Magistrate Judge: Hon. Allison H. Goddard<br><br>Action Filed: June 12. 2025 |

P:4924-6495-2695.2:87035-041

Case No. 3:25-CV-01519-H-AHG
DEFENDANTS KIMBALL TIREY & ST. JOHN, LLP AND FAIRFIELD RESIDENTIAL CC HOLDINGS, LLC'S
OFFER TO ALLOW JUDGMENT PURSUANT TO RULE 68

With no admission of liability, and for the purpose of compromising all disputes between, on the one hand, Plaintiff KEVIN HOFFMAN ("Plaintiff") and, on the other hand, Defendants MIDLAND CREDIT MANAGEMENT, INC. ("MCM") and FAIRFIELD RESIDENTIAL CC HOLDINGS, LLC ("Fairfield" collectively "Defendants"), Defendants hereby jointly offer to allow entry of judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure, on the following terms:

1.    Judgment for Plaintiff, and against Defendants, in the total sum of $15,00.00, plus reasonable attorneys' fees incurred and costs accrued in this action, as permitted by law, to be determined by the Court on noticed motion or by agreement of the parties.

2.    Pursuant to Federal Rule of Civil Procedure 68, this offer must be accepted within fourteen (14) days of service and is thereafter withdrawn.

DATED:  November 12, 2025          SOLOMON WARD SEIDENWURM & SMITH, LLP


By: _____
THOMAS F. LANDERS
Attorneys for Defendants Kimball Tirey & St. John, LLP and Fairfield Residential CC Holdings, LLC

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 401 B Street, Suite 1200, San Diego, CA 92101.

On November 12, 2025, I served true copies of the following document(s) described as

**DEFENDANTS KIMBALL TIREY & ST. JOHN, LLP AND FAIRFIELD RESIDENTIAL CC HOLDINGS, LLC'S OFFER TO ALLOW JUDGMENT PURSUANT TO RULE 68**

on the interested parties in this action as follows:

| | |
|---|---|
| Matthew M. Loker<br>LOKER LAW, APC<br>132 Bridge Street<br>Arroyo Grande, CA 93420<br>Ph: (805) 994-0177<br>matt@loker.law | Attorneys for Plaintiff KEVIN HOFFMAN |
| Sara Khosroabadi<br>Jamie Barnett<br>KHOSROABADI & HILL, APC<br>3550 Camino Del Rio North, Suite 303<br>San Diego, CA 92108<br>Ph: (858) 434-1020<br>sara@kandhlawgroup.com<br>jamie@kandhlawgroup.com | Attorneys for Plaintiff KEVIN HOFFMAN |

☒     **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Solomon Ward Seidenwurm & Smith, LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at San Diego, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 12, 2025, at San Diego, California.

_____
Woody L. Doolittle