# EXHIBIT 2

_____

## IN THE CASE OF

## KEVIN HOFFMAN,

## V.

## FAIRFIELD RESIDENTIAL CC HOLDINGS LLC, KIMBALL, TIREY & ST. JOHN, LLP, EQUIFAX INFORMATION SOLUTIONS, LLC, AND TRANS UNION, LLC,.

## 25-CV-01519-H-AHG



**From:** Scott Plescia scott.plescia@loker.law
**Subject:** Re: Hoffman v. Fairfield, et al - 25CV1519H AHG
**Date:** December 1, 2025 at 3:40 PM
**To:** Thomas F. Landers tlanders@swsslaw.com, Jamie Barnett Jamie@kandhlawgroup.com
**Cc:** Sara Khosroabadi sara@kandhlawgroup.com, Matthew Loker matt.loker@loker.law, Alyssa Gabrielson Alyssa@kandhlawgroup.com, Monica Parra monica.parra@loker.law, Woody L. Doolittle wdoolittle@swsslaw.com, Mei-Ying M. Imanaka mimanaka@swsslaw.com

Counsel,

Plaintiff hereby accepts Defendants' Rule 68 Offer of Judgment.

We appreciate your attention to this matter and look forward to completing the process.



### SCOTT M. PLESCIA, ESQ.
Associate | Loker Law, APC

📞 (805) 323-3780
✉ scott.plescia@loker.law | loker.law
📍 132 Bridge Street, Arroyo Grande, CA 93420

