UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HOFFMAN,<br><br>                    Plaintiff,<br><br>v.<br><br>FAIRFIELD RESIDENTIAL CC HOLDINGS, LLC, et al.,<br><br>                    Defendants. | Case No.: 25-cv-01519-AJB-AHG<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR ENTRY OF JUDGMENT**<br><br>**(Doc. No. 48)** |

On December 1, 2025, Plaintiff Kevin Hoffman ("Plaintiff") accepted Defendants Fairfield Residential CC Holdings LLC and Kimball, Tirey & St. John, LLP's ("Defendants") offer of judgment made pursuant to Rule 68 of the Federal Rules of Civil Procedure ("Rule 68 offer"). (Doc. No. 48-3.) Plaintiff notified the Court and requested entry of judgment pursuant to the terms of Defendants' Rule 68 offer. (Doc. No. 48.) Accordingly, the Court **GRANTS** Plaintiff's request. The Court directs the Clerk of Court to enter judgment pursuant to the terms of Defendants Fairfield Residential CC Holdings

///

///

1 | LLC and Kimball, Tirey & St. John, LLP's Rule 68 offer (*see* Doc. No. 48-2).

2 | **IT IS SO ORDERED.**

3 | Dated: January 30, 2026

*[signature]*
Hon. Anthony J. Battaglia
United States District Judge