

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kevin Hoffman<br><br><br><br>**Plaintiff,**<br>V.<br><br>Fairfield Residential CC Holdings, LLC; Kimball, Tirey & St. John, LLP; Equifax Information Services, LLC; Trans Union, LLC;<br><br>**Defendant.** | Civil Action No.  25-cv-1519-AJB-AHG<br><br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court GRANTS Plaintiff's request. The Court directs the Clerk of Court to enter judgment pursuant to the terms of Defendants Fairfield Residential CC Holdings LLC and Kimball, Tirey & St. John, LLP's Rule 68 offer.  The case is hereby closed.

Date:         1/30/26

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ M. Quinata
M. Quinata, Deputy