**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
matt@loker.law
Charles B. Cummins, Esq. (354861)
charles@loker.law
132 Bridge Street
Arroyo Grande, CA 93420
Telephone: (805) 994-0177

*Attorneys for Plaintiff*,
Kevin Hoffman

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HOFFMAN,<br><br>Plaintiff,<br><br>v.<br><br>FAIRFIELD RESIDENTIAL CC HOLDINGS LLC, KIMBALL, TIREY & ST. JOHN, LLP, EQUIFAX INFORMATION SERVICES, LLC, AND TRANS UNION, LLC.<br><br>Defendants. | Case No.: 3:25-cv-01519-AJB-AHG<br><br>**DECLARATION OF MATTHEW M. LOKER IN SUPPORT OF PLAINTIFF KEVIN HOFFMAN'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>DATE:     April 30, 2026<br>TIME:      10:00 a.m.<br>COURTROOM:  4A<br><br>HON. ANTHONY J. BATTAGLIA |

CASE NO.: 3:25-CV-01519-AJB-AHG          *Hoffman v Fairfield Residential CC Holdings, LLC, et al.*
**DECLARATION OF MATTHEW M. LOKER IN SUPPORT OF PLAINTIFF KEVIN HOFFMAN'S MOTION FOR ATTORNEYS' FEES AND COSTS**

# **DECLARATION OF MATTHEW M. LOKER**

I, MATTHEW M. LOKER, declare:

1. I am one of the attorneys for Plaintiff KEVIN HOFFMAN ("Rodriguez") in this action.

2. I am over the age of 18 and am fully competent to make this declaration.

3. I am licensed to practice law before all California Federal Courts; and, all California State Courts.

4. I am the owner of Loker Law, APC, a consumer protection law firm based in Arroyo Grande, CA.

5. I also teach contracts at the San Luis Obispo College of Law.

6. I am a Board Member and Treasurer for the National Association of Consumer Advocates.

7. I am a Board Member for the San Luis Obispo Legal Assistance Foundation.

8. I was admitted to the State Bar of California in 2011 and have been a member in good standing ever since that time.

9. I have litigated cases in both state and federal courts in Arizona, California, Colorado, Florida, Michigan, Minnesota, Missouri, Nevada, New York, North Carolina, Ohio, South Carolina, Tennessee, Utah, and Washington.

10. I regularly handle matters in arbitrations before JAMS and AAA as well.

11. If called as a witness, I would competently testify to the matters herein from personal knowledge.

12. The declaration is based upon my personal knowledge, except where expressly noted otherwise.

13. Hoffman obtained a judgment in this matter on January 30, 2026 pursuant to Defendants' Rule 68 Offer of Judgment. (ECF No. 51.)

14. I seek recovery of my attorney's fees and costs in connection with this Award.

**CASE NO.: 3:25-CV-01519-AJB-AHG   1 OF 12**   *Hoffman v Fairfield Residential CC Holdings, LLC, et al.*
**DECLARATION OF MATTHEW M. LOKER IN SUPPORT OF PLAINTIFF KEVIN HOFFMAN'S MOTION FOR ATTORNEYS' FEES AND COSTS**

# LOKER'S EXPERIENCE

15. I opened my law firm in 2019.

16. Prior to this, I was an associate at the Kazerouni Law Group, APC ("KLG") beginning in 2011 and eventually was partner for a number of years before starting my own firm.

# CONSUMER RELATED EXPERIENCE AND RESULTS

17. I have filed and litigated numerous consumer individual and class actions over the last several years, including but not limited to the following, which I am or have been personally involved in:

   a. *Knell, et al. v. FIA Card Services, N.A.*, 13-CV-01653-AJB-WVG (S.D. Cal.) (California class action settlement under Penal Code 632 et seq., for claims of invasion of privacy. Settlement resulted in a common fund in the amount of $2,750,000; finally approved in August 15, 2014);

   b. *Hoffman v. Bank of America Corporation*, 12-CV-00539-JAH-DHB (S.D. Cal.) (California class action settlement under Penal Code 632 et seq., for claims of invasion of privacy. Settlement resulted in a common fund in the amount of $2,600,000; finally approved on November 6, 2014 and served as co-lead counsel);

   c. *Franklin v. Wells Fargo Bank, N.A.*, 14-cv-2349 MMA (BGS) (S.D. Cal.) (TCPA Class Action Settlement preliminarily approved on February 9, 2015 in the amount of $13,859,103.80);

   d. *Couser v. Comenity Bank*, 12-cv-02484-MMA-BGS (S.D. Cal. Oc. 2, 2014) (Finally approved for $8,475,000 on May 27, 2015 as served as co-lead counsel);

   e. *Zaw v. Nelnet, Inc.*, C 13-5788 RS (N.D. Cal.) (California class action settlement under Penal Code 632 et seq., for claims of invasion of privacy.

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

Settlement resulted in a common fund in the amount of $1,188,110.00; finally approved on November 14, 2014);

    f. *Couser v. Apria Healthcare, Inc. et al.*, 13-cv-00035-JVS-RNB (C.D. Cal. Oct. 27, 2014) (Finally approved on March 9, 2015 and served as co-lead counsel);

    g. *Macias v. Water & Power Community Credit Union*, BC515936 (Los Angeles Superior Court) (Class certification granted under the Rosenthal Fair Debt Collection Practices Act; class action settlement finally approved on April 21, 2016);

    h. *Mount v. Wells Fargo Bank, N.A.*, BC395959 (Sup. Ct. Los Angeles) (finally approved for $5,600,000);

    i. *Caldera v. Am. Med. Collection Agency*, 2017 U.S. Dist. LEXIS 99239 (C.D. Cal. June 27, 2017) (Order certifying nationwide TCPA class action);

    j. *Reid v. I.C. System Incorporated*, CV-12-2661 PHX ROS, 2018 U.S. Dist. LEXIS 125663 (Arizona District Court) ($3,500,000.00 TCPA Class Settlement Finally Approved on July 27, 2018);

    k. *Burkhammer v. Allied Interstate, LLC*, 2017 Cal. Super. LEXIS 109 (Sup. Ct. San Luis Obispo) (RFDCPA class action finally approved on October 30, 2017);

    l. *Maxin v. RHG & Company, Inc.*, 2018 U.S. Dist. LEXIS 26795 (S.D. Cal. 2018) (Supplement Misrepresentation class action finally approved on February 16, 2018)

    m. *Giffin v. Universal Protein Supplements Corp.*, 2018 Cal. Super. LEXIS 3, BC613414 (Sup. Ct. Los Angeles) (Supplement misrepresentation class action finally approved on February 7, 2018);

n. *McPolin v. Credit Service of Logan*, 2017 U.S. Dist. LEXIS 189236, 16-cv-116 BSJ (Utah District Court) (FDCPA class action with consumers to each receive $1,428.57, debt relief, and tradeline deletion finally approved on November 9, 2017);

o. *Hansen v. Tinder, Inc.*, 15CVP-0155, 2018 Cal. Super. LEXIS 2467 (Dating Services Contract Act class action finally approved on October 2, 2018);

p. *Calderon v. The Wolf Firm*, SACV16-1266 JLS (JESx), 2018 U.S. Dist. LEXIS 159435 (C.D. Cal. 2018) (FDCPA class action finally approved on September 18, 2018);

q. *Anderson v. Phoenix Financial Services, LLC, et al.*, BCV-16-101385, 2018 Cal. Super. LEXIS 1030 (Kern Sup. Court) (FDCPA class action finally approval on July 23, 2018); and,

r. *Moreno-Peralta v. TRS Recovery Services, Inc.*, 15CV-0481 (San Luis Obispo Superior Court (RFDCPA class action finally approved on July 19, 2018).

s. *Lardizabal v. Am. Express Nat'l Bank*, 2023 U.S. Dist. LEXIS 212499, at *28 (S.D. Cal. Nov. 29, 2023) (FCRA/CCCRAA matter awarding $82,650.15 in attorneys' fees and $11,829.33 in costs with Loker at $650 per hour for $40,000 Offer of Judgment).

t. *Raider v. JPMorgan Chase Bank, N.A.*, JAMS Ref. No. 5240000571 (September 25, 2024) (California Elder Abuse matter awarding $351,145 in attorneys' fees and costs with Loker at $650 per hour for $1,550,723 Arbitration Award).

u. *Solonin v. Citibank, N.A.*, AAA Case No. 01-23-0005-7050 (April 14, 2025) (FCRA/CCCRAA matter awarding $200,000 in attorneys' fees and $9,793.35 in costs with Loker at $700 per hour for award of $395,500).

v. *Rodriguez v. Adir Int'l, LLC*, 2025 U.S. Dist. LEXIS 121954, 2025 WL 1891525 (C.D. Cal. 2025) (FCRA/CCCRAA matter awarding $211,819.05 in attorneys' fees and $13,557.77 in litigation costs, with Loker approved at $750 per hour, following a $60,000 judgment consisting of $40,000 for FCRA violations and $20,000 for CCCRAA violations).

w. *Panchenko v. Comenity Cap. Bank*, 2025 U.S. Dist. LEXIS 200601, 2025 WL 408656 (C.D. Cal. 2025) (FCRA matter awarding $100,000 in actual damages and $20,000,000 in punitive damages, (\**attorney fees pending)*).

18. Many of the cases listed above, which have settled, resulted in the creation of combined common funds and/or distribution to our individual clients and class member in the millions of dollars.  The outstanding results mentioned above are a direct result of the diligence and tenacity shown by myself, in successfully prosecuting complex matters related to consumer rights and consumer privacy.

## ADDITIONAL RELEVANT TRAINING, SPEAKING/TEACHING ENGAGEMENTS AND ASSOCIATIONS

19. I have undergone extensive training in the area of the consumer law, including a four-day National Association of Consumer Advocates training in Tampa Bay Florida; and, three-day National Association of Consumer Advocates conferences in Baltimore, Maryland; Chicago, Illinois; Los Angeles, California; Phoenix, Arizona; and, New Orleans, Louisiana.

20. I also a member in good standing of the following local and national associations:

   a. National Association of Consumer Advocates;
   b. Orange County Bar Association;
   c. San Luis Obispo Bar Association;
   d. California Attorneys Association of Los Angeles;
   e. Consumer Attorneys of California; and,
   f. Consumer Financial Services Committee with the State Bar of California.

21. I have been a Board Member of the National Association of Consumer Advocates ("NACA") since 2022.

22. I am currently the Treasurer for NACA.

23. I became a Board Member of the San Luis Obispo Legal Assistance Foundation in 2023.

24. I have been requested to, and have made, regular presentations to community organizations regarding debt collection laws.

25. In 2012, I gave a presentation to law students at California Western School of Law.

26. I also presented an ethics discussion before the Central Coast Paralegal Association in 2013.

27. I made presentations to pre-law majors at California Polytechnic State University in 2014 and 2016.

28. I also spoke to pre-law majors at the University of California, Irvine in 2014.

29. I have been invited to speak at Business Networking International meetings on multiple occasions.

30. I speak regularly at meetings for the San Luis Obispo County Drug & Alcohol Services regarding the benefits of obtaining strong credit.

31. I was interviewed and quoted in connection with the New Times Cover Story entitled *Junk Debt: How the Open Market for Delinquent Debts Leads to Lawsuits and Wage Garnishments*.

32. I am a Guest Lecturer for Legal Responsibilities of Business Course at California Polytechnic State University.

33. In 2017, I was the supervising attorney for the SLO Law Line which is facilitated by the San Luis Obispo College of Law.

34. I presented a MCLE for the State Bar of California entitled "Introduction to California's Fair Debt Buying Practices Act."

35. I have also been interviewed on the radio on multiple occasions, including the Wall Street Business Network on December 16, 2014; and, Real Estate Radio on March 5, 2015.

36. I was invited by the American Bar Association to lead a webinar on "Hot Topics with the Telephone Consumer Protection Act" on February 18, 2015.

37. I was invited by the State Bar of California to lead a presentation entitled "Ethical Conundrums in Debt Collection."

38. I have been a Guest Lecturer for the AP English class at Morro Bay High School in 2015, 2016, 2017, and 2018.

39. I regularly speak at Home Buyer's Workshops in San Luis Obispo County along with agents from Century 21.

40. I was also interviewed in connection with KLAS-TV's story regarding the Kazerouni Law Group, APC's class action against Manny Pacquiao; and, Pacquiao's Promoters entitled *McDonald, et al. v. Pacquiao, et al.*, 15-cv-1006 JLS (BGS) (S.D. Cal.).

41. I was invited to and spoke at the 88th Annual California State Bar Association Meeting. Said discussion was entitled "Debt Collection in the Age of Technology and the CFPB."

42. I was named as a Best Consumer Rights Lawyer for California in 2015 by M&A Awards.

43. I was named as a Lawyer of Distinction for 2017 – 2020.

44. I was nominated as a Rising Star for 2017 - 2025 by Super Lawyers.

45. I was the co-Chair of programming for the Consumer Financial Services Committee with the State Bar of California in 2016 and 2017.

46. I was selected to be a part of the eCourse Development Team for a debt defense course to be presented by the National Association of Consumer Attorneys.

CASE NO.: 3:25-CV-01519-AJB-AHG  7 OF 12    *Hoffman v Fairfield Residential CC Holdings, LLC, et al.*
**DECLARATION OF MATTHEW M. LOKER IN SUPPORT OF PLAINTIFF KEVIN HOFFMAN'S MOTION FOR ATTORNEYS' FEES AND COSTS**

47. I was also selected to be a part of the eCourse Development Team for a Fair Credit Reporting Act course to be presented by the National Association of Consumer Attorneys.

48. I have been a Panel Moderator for multiple State Bar functions between 2016 and 2020 including "Introduction to the Fair Credit Reporting Act"; Recent Advances in California Invasion of Privacy Act"; "$100,000,000.00 Lesson: The Consumer Financial Protection Bureau's Action against Wells Fargo"; and, "Recent Advances in the Telephone Consumer Protection Act."

49. I also was selected to give the opening presentation for the University of California, Santa Barbara's Financial Literacy Month in April 2017.

50. I gave a presentation to the State Bar of California entitled "Is the Fair Debt Collection Practices Act dead? Implications of the United States Supreme Court's Decision in *Henson v. Santander Consumer USA Inc.*

51. I was a coach for the Morro Bay High School Moot Court team.

52. I spoke on a panel entitled "ACA International v. FCC – 10 Weeks Later" for the America Bar Association

53. I spoke at the Consumer Attorneys of California's 12th Annual Class Action and Mass Torts Seminar on June 11, 2018 and my topic was "Examining the Effect on TCPA Litigation following ACA International."

54. My article, California's Identity Theft Act: A Tool to Protect Consumers After the Equifax Breach of 2017, has been published by Plaintiff's Magazine; and, the San Luis Obispo Bar Bulletin' Business Law News; and, The Advocate.

55. My article, Conveniently Exposed: How the Convenience of the Internet is Exposing Us All to Identity Theft, was published by the Internet Law Journal in August 2018.

56. I was interviewed on Gurvey's Law on ABC Radio on February 17, 2018 regarding *Candelore, et al. v. Tinder, Inc.*, B270172 (Court of Appeal, Second Appellate District, Division Three).

57. I was invited to speak at the National Consumer Law Center's annual convention in May 2019 regarding the Fair Credit Reporting Act.

58. I spoke at NACA's annual convention in 2018 - 2024 and will speak again at the convention in Los Angeles in May 2025.

59. I have spoken at multiple events for AccountsRecovery.net since 2020 to provide the consumer perspective to a debt collector organization.

60. I have spoken at multiple round-table sessions with San Diego consumer law practioners, most recently in March 2023.

61. In 2017, the California Legislature proposed an amendment to the Dating Services Contract Act, Cal. Civ. Code § 1694, et seq. ("DSCA"). The Consumer Attorneys of California requested my views on this amendment and requested that I propose a counter amendment that more adequately protected consumers. Said amendments were adopted and a more neutral version of the DSCA was presented to the Legislature.

62. In 2017, the California Legislature proposed an amendment to the Information Practices Act, Cal. Civ. Code § 1798, et seq. ("IPA"). The Consumer Attorneys of California requested my views on this amendment and requested that I propose a counter amendment that more adequately protected consumers. Said amendments have been proposed to the Legislature.

63. I have been interviewed by CNN, Time Magazine, Nerd Wallet and various news organizations regarding consumer privacy issues.

64. I was intimately involved at the District and Circuit levels in the matter of *Chen v. Allstate Ins. Co.*, 819 F.3d 1136 (9th Cir. 2016) wherein the Ninth Circuit Court of Appeals affirmed the District Court's decision finding that an unaccepted Offer of Judgment under Federal Rule of Civil Procedure 68 does not moot a class action.

65. I argued before the Los Angeles Appellate Court on November 16, 2017 in the case of *Zand v. Specialized Loan Servicing, LLC*, No. BV 031947, 2017 Cal. Super. LEXIS 1 (Jan 5. 2018) regarding the evidentiary issues at summary judgment. The Los Angeles Appellate Court reversed the Trial Court's decision in my favor following oral argument.

66. I argued before the Ninth Circuit Court of Appeals on December 7, 2017 in the case of *Silver, et al. v. Pennsylvania Higher Education Assistance Agency*, No. 16-15664, 2017 U.S. App. LEXIS 25196 (9th Cir. Dec. 13, 2017) regarding the retroactive application of the 2015 Bipartisan Budget Act's amendment to the Telephone Consumer Protection Act. The Ninth Circuit reversed the District Court's decision dismissing our Action six days after oral argument.

67. I argued before the Court of Appeal of California, Second Appellate District, Division Six on January 10, 2018 in the case of *Sandoval, et al. v. Cecil Martinez, et al.*, No. B282053, 2018 Cal. App. Unpub. LEXIS 291 (Jan. 16, 2018) regarding the Trial Court's striking of malicious prosecution claims in response to our anti-SLAPP Motion. The California Court of Appeal affirmed the Trial Court's decision following oral argument.

68. I was intimately involved at the District and Circuit levels in the matter of *Afewerki v. Anaya Law Group, et al.*, 779 F. App'x 449 (9th Cir. 2019) wherein the Ninth Circuit Court of Appeals reversed the District Court's Order regarding attorneys' fees and costs following entry of judgment pursuant to Fed. R. Civ. P. 68.

## HOURLY RATES

69. Based upon this experience, I request an hourly rate of $750.00.

70. I have multiple alerts set on both LexisNexis and Google to advise me of developments in my main practice areas of the Electronic Funds Transfer Act, Fair Credit Reporting Act, identity theft, and elder abuse claims

71. These alerts are also set to e-mail me when Orders in this area of law are published that address hourly rates in the State and Federal Courts in California.

72. I review these orders upon receipt and note the changes as they occur.

73. By comparing and contrasting those rates along with my own experience, I believe my hourly rate of $850 is justified.

74. Of relevance, I was previously approved at $650 per hour in *Lardizabal v. Am. Express Nat'l Bank*, No. 22-cv-345-MMA (BLM), 2023 U.S. Dist. LEXIS 212499, at *18 (S.D. Cal. Nov. 29, 2023).

75. I was also approved at $650 per hour in *Raider v. JPMorgan Chase Bank, N.A.*, JAMS Ref. No. 5240000571.

76. On April 14, 2025, I was approved at $700 per hour in *Solonin v. Citi*, AAA Case No. 01-23-0005-7050.

77. On June 27, 2025, I was approved at $750 per hour in *Rodriguez v. Adir Int'l, LLC*, 2025 U.S. Dist. LEXIS 121954, 2025 WL 1891525 (C.D. Cal. 2025)

78. Given my extensive experience, I believe $850 per hour is reasonable.

## EXHIBITS

79. Attached hereto as Exhibit 1 is a true and correct copy of Loker Law's Time Sheet.

80. I reviewed the hours in this time sheet reflected for myself and Scott Plescia

81. I removed entries from this Time Sheet for Plescia that could have been seen as duplicative for my efforts.

---

CASE NO.: 3:25-CV-01519-AJB-AHG 11 OF 12    *Hoffman v Fairfield Residential CC Holdings, LLC, et al.*
**DECLARATION OF MATTHEW M. LOKER IN SUPPORT OF PLAINTIFF KEVIN HOFFMAN'S MOTION FOR ATTORNEYS' FEES AND COSTS**

82. I removed entries in this Time Sheet for time spent corresponding with co-counsel and defense counsel.

83. Such time is reflected in the Khosroabadi & Hill's records and were removed in order to avoid duplicative billing as well.

I declare under the penalty of perjury under the laws of the United States of America and those of the State of California that the foregoing is true and corrected. Executed on February 13, 2026 in Arroyo Grande, CA.

By: ___/s/ Matthew M. Loker___
MATTHEW M. LOKER, ESQ.