# EXHIBIT 1

---

IN THE CASE OF

KEVIN HOFFMAN,

V.

FAIRFIELD RESIDENTIAL CC HOLDINGS LLC, KIMBALL, TIREY & ST. JOHN, LLP, EQUIFAX INFORMATION SERVICES, LLC, AND TRANS UNION, LLC.

3:25-cv-01519-AJB-AHG





# LODESTAR CALCULATION

## ATTORNEYS' FEES

| Date | Team Member | Description | Rate | Hours | Total |
|---|---|---|---|---|---|
| 11/25/25 | Matt Loker | Discussion with Khorasbadi and Hill RE: Co Counseling on Case | 750.00 | 0.30 | 225.00 |
| 11/25/25 | Matt Loker | Discussion with Hoffman: Re Rule 68 | 750.00 | 0.40 | 300.00 |
| 11/25/25 | Scott Plescia | Discussion with Hoffman Re: Settlement Posture | 300.00 | 0.30 | 90.00 |
| 11/25/25 | Scott Plescia | Appear at ENE. | 300.00 | 3.00 | 900.00 |
| 11/25/25 | Scott Plescia | Review Rule 68 Offer of Judgement | 300.00 | 0.30 | 90.00 |
| 11/25/25 | Scott Plescia | Draft letter correspondence to Hoffman regarding: Rule 68 Offer of Judgement | 300.00 | 0.40 | 120.00 |
| 11/25/25 | Scott Plescia | Draft, review and edit Discovery Requests to Defendant KTS | 300.00 | 1.20 | 360.00 |
| 11/26/25 | Matt Loker | Received docs re Hoffman. Organized according to our procedures | 750.00 | 0.40 | 300.00 |
| 02/12/26 | Scott Plescia | Conversation with Co Counsel Re Rule 68 Offer of Judgement | 300.00 | 0.40 | 120.00 |
| 02/12/26 | Scott Plescia | Review Case file and prepared for ENE | 300.00 | 1.20 | 360.00 |
| 02/12/26 | Scott Plescia | Attend the ENE | 300.00 | 3.00 | 900.00 |
| 02/12/26 | Matt Loker | Call with Hoffman re Initial Disclosures | 750.00 | 0.30 | 225.00 |
| 02/12/26 | Matt Loker | Reviewed Ds initial disclosures | 750.00 | 0.40 | 300.00 |

| Date | Attorney | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 02/12/26 | Matt Loker | Review scheduling order, formulate plan with co counsel regarding Discovery timeline, litigation strategy | 750.00 | 0.70 | 525.00 |
| 02/12/26 | Matt Loker | Discuss with co counsel settlement posture and ENE strategy. | 750.00 | 0.60 | 450.00 |
| 02/12/26 | Matt Loker | Research re: recoverability of post-offer attorneys' fees under Rule 68; analyze Holland v. Roeser and Dowd v. City of Los Angeles; review Ninth Circuit authority regarding fee-shifting statutes and "fees on fees. | 750.00 | 1.20 | 900.00 |
| 02/12/26 | Matt Loker | Research re: recoverability of time incurred preparing fee petition under FCRA, FDCPA, and CCCRAA; analyze proportionality arguments and lodestar presumption. | 750.00 | 0.80 | 600.00 |
| 02/12/26 | Matt Loker | Review case law regarding hourly rate reasonableness in California | 750.00 | 1.00 | 750.00 |
| 02/12/26 | Matt Loker | Draft Memorandum of Points and Authorities in Support of Motion for Attorneys' Fees; draft introduction, procedural history, Rule 68 entitlement section, and lodestar analysis. – 2.4 hrs | 750.00 | 2.40 | 1,800.00 |
| 02/12/26 | Matt Loker | Draft Kerr factor analysis and "results obtained" section; integrate complaint citations and ECF references. | 750.00 | 1.30 | 975.00 |
| 02/12/26 | Matt Loker | Draft Rule 68 post-offer fee recovery argument (Holland/Dowd analysis) | 750.00 | 1.10 | 825.00 |
| 02/12/26 | Matt Loker | Draft proportionality rebuttal section regarding fee award relative to judgment. – 0.6 hrs | 750.00 | 0.60 | 450.00 |
| 02/12/26 | Matt Loker | Draft Declaration of Matthew M. Loker in support of fee motion; attach billing records and authenticate time entries. | 750.00 | 1.90 | 1,425.00 |
| 02/12/26 | Matt Loker | Review and revise co-counsel declaration; ensure accuracy of billing totals and exhibit references. | 750.00 | 0.70 | 525.00 |
| 02/12/26 | Matt Loker | Prepare and review detailed time sheet exhibit for filing; redact privileged descriptions as appropriate. | 750.00 | 0.60 | 450.00 |

| 02/12/26 | Scott Plescia | Draft, Prepare and File Notice of Rule 68 Acceptance | 300.00 | 0.70 | 210.00 |
| 02/12/26 | Scott Plescia | Draft, review and file proposed order of judgement | 300.00 | 0.70 | 210.00 |

## LITIGATION COSTS

| Date | Description | Total |
| --- | --- | --- |

| | |
| --- | --- |
| Invoice Total: | $14,385.00 |
| Amount Paid: | ($0.00) |
| **Amount Due:** | **$14,385.00** |