| | |
|---|---|
| **KHOSROABADI & HILL, APC**<br>Sara Khosroabadi, Esq. (299642)<br>sara@kandhlawgroup.com<br>3550 Camino Del Rio North., Suite 303<br>San Diego, CA 92108<br>Telephone: (858) 434-1020<br>Facsimile: (858) 260-2156 | **LOKER LAW, APC**<br>Matthew M. Loker, Esq. (279939)<br>matt@loker.law<br>132 Bridge Street<br>Arroyo Grande, CA 93420<br>Telephone: (805) 994-0177 |

*Attorneys for Plaintiff,* Kevin Hoffman

# UNITED STATES OF DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN HOFFMAN,**<br><br>Plaintiff,<br><br>v.<br><br>**FAIRFIELD RESIDENTIAL CC HOLDINGS LLC, KIMBALL, TIREY & ST. JOHN, LLP, EQUIFAX INFORMATION SERVICES, LLC., AND TRANSUNION, LLC.**<br><br>Defendants. | **Case No.:** 3:25-CV-01519-AJB-AHG<br><br>**DECLARATION OF SARA F. KHOSROABADI IN SUPPORT OF PLAINTIFF KEVIN HOFFMAN'S MOTION FOR ATTORNEY'S FEES AND COSTS** |

Case # 3:25-CV-01519-AJB-AHG     Hoffman v. Fairfield Residential, *et. al.*
**DECLARATION OF SARA F. KHOSROABADI IN SUPPORT OF PLAINTIFF KEVIN HOFFMAN'S MOTION FOR ATTORNEY'S FEES AND COSTS PURSUANT TO U.S.C § 1692K(A)(3)**

# DECLARATION OF SARA F. KHOSROABADI

I, Sara F. Khosroabadi, declare:

1. I am one of the attorneys for Plaintiff KEVIN HOFFMAN ("Hoffman") in this action.

2. I submit this declaration in support of the Motion for Attorney's Fees; and, Costs against Defendants FAIRFIELD RESIDENTIAL CC HOLDINGS LLC ("Fairfield") and KIMBALL, TIREY, & ST. JOHN ("KTS").

3. I am licensed to practice law before all California Federal Courts; and all California State Courts.

4. If called as a witness, I would competently testify to the matters herein from personal knowledge.

5. The declaration is based upon my personal knowledge, except where expressly noted otherwise.

6. I have been involved in every aspect of this case from inception through the present

7. As part of resolving this matter pursuant to Defendants Offer of Judgment, Fairfield and KTS agreed to pay Hoffman's counsel reasonable attorneys' fees and costs.

## COUNSEL'S EXPERIENCE

8. I was admitted to the State Bar of California in 2014 and the State Bar of Nevada in 2015 and have been a member in good standing ever since that time.

9. I have litigated cases in both state and federal courts in California and Nevada.

10. I am also admitted in every federal district in California and have handled federal litigation in the federal districts of California.

11. I have also undergone training in the area of the consumer law, including a four-day National Association of Consumer Advocates training in Washington D.C. - 2014; a three-day National Association of Consumer conference in Las Vegas, Nevada- 2015; and a three-day National Consumer Law Center conference in San Antonio, Texas- 2015.

12. I also a member in good standing of the following local and national associations:

a. National Association of Consumer Advocates;

b. San Diego County Bar Association; and,

c. Federal Bar Association.

## REASONABLENESS OF HOURLY RATES

13. I have previously been awarded hourly fees of $295.00 per hour in consumer cases eight years ago. See, e.g., Davis, et al. v. Birchbox, Inc., 15-cv-498 BEN (BGS) (S.D. Cal. Oct. 16, 2017) (Order Granting Final Approval, ECF No.57).

14. I thus believe that my experience and years in practice are sufficient to justify my hourly billing rate in this case of $600.00 per hour, a figure that has been previously approved by courts in California.

15. Therefore, my experience taken with the current legal market rates and previous orders are sufficient to justify my hourly rate of $600.00 in this action.

## ATTORNEYS' FEES; AND, COSTS INCURRED

16. The following is a summary of the attorneys' fees and costs that I incurred in the successful prosecution of this case:

a. I worked a total 8.7 hours on this case at a rate 600 per hour.

b. My fees for legal services are thus $5,2220.00

17. These hours are comprised of the tasks detailed in the Time Sheet hereto attached as Exhibit 2.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on February 12, 2026.

By: /s/ Sara F. Khosroabadi

SARA F. KHOSROABADI, ESQ.

Case 3:25-CV-01519-AJB-AHG     3 of 3     Hoffman v. Fairfield Residential, *et. al.*

**DECLARATION OF SARA F. KHOSROABADI IN SUPPORT OF PLAINTIFF KEVIN HOFFMAN'S MOTION FOR ATTORNEY'S FEES AND COSTS PURSUANT**