**KHOSROABADI & HILL, APC**
Sara Khosroabadi, Esq. (299642)
sara@kandhlawgroup.com
3550 Camino Del Rio North., Suite 303
San Diego, CA 92108
Telephone: (858) 434-1020
Facsimile: (858) 260-2156

**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
matt@loker.law
132 Bridge Street
Arroyo Grande, CA 93420
Telephone: (805) 994-0177

*Attorneys for Plaintiff,* Kevin Hoffman

**UNITED STATES OF DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN HOFFMAN,<br><br>Plaintiff,<br><br>v.<br><br>FAIRFIELD RESIDENTIAL CC HOLDINGS LLC, KIMBALL, TIREY & ST. JOHN, LLP, EQUIFAX INFORMATION SERVICES, LLC., AND TRANSUNION, LLC.<br><br>Defendants. | **Case No.:** 3:25-CV-01519-AJB-AHG<br><br>**DECLARATION OF JAMIE C. BARNETT IN SUPPORT OF PLAINTIFF KEVIN HOFFMAN'S MOTION FOR ATTORNEY'S FEES AND COSTS** |

# **DECLARATION OF JAMIE C. BARNETT**

I, Jamie C. Barnett, declare:

1. I am one of the attorneys for Plaintiff KEVIN HOFFMAN ("Hoffman") in this action.

2. I submit this declaration in support of the Motion for Attorney's Fees; and, Costs against Defendants FAIRFIELD RESIDENTIAL CC HOLDINGS LLC ("Fairfield") and KIMBALL, TIREY, & ST. JOHN ("KTS").

3. I am licensed to practice law before the Northern and Southern District California Federal Courts; and all California State Courts.

4. If called as a witness, I would competently testify to the matters herein from personal knowledge.

5. The declaration is based upon my personal knowledge, except where expressly noted otherwise.

6. I have been involved in every aspect of this case from inception through the present.

7. As part of resolving this matter pursuant to Defendants Offer of Judgment, Fairfield and KTS agreed to pay Hoffman's counsel reasonable attorneys' fees and costs.

## COUNSEL'S EXPERIENCE

8. I was admitted to the State Bar of California in 2017 and have been a member in good standing ever since that time.

9. I have litigated cases in both state and federal courts in California.

10. My practice has included litigation in both state and federal courts involving statutory claims, collection disputes, discovery practice, motion practice, settlement negotiations, and trial preparation.

11. Over the past two years, my practice has focused substantially on consumer protection litigation, including matters brought under federal and California consumer protection statutes. In that capacity, I have drafted pleadings, conducted written discovery, and engaged in settlement negotiations.

### REASONABLENESS OF HOURLY RATES

12. I believe that my experience and years in practice are sufficient to justify my hourly billing rate in this case of $400.00 per hour.

13. This rate is consistent with prevailing market rates for attorneys of comparable experience handling consumer and civil litigation matters in the relevant legal community.

### ATTORNEYS' FEES; AND, COSTS INCURRED

14. The following is a summary of the attorneys' fees and costs that I incurred in the successful prosecution of this case:

    a. I worked a total 24.9 hours on this case at a rate $400.00 per hour.

    b. My fees for legal services are thus $9,960.00

15. These hours are comprised of the tasks detailed in the Time Sheet attached as Exhibit 2 to the Declaration of Sara Khosroabadi.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on February 12, 2026.

By: /s/ Jamie Barnett
JAMIE C. BARNETT, ESQ.