# EXHIBIT 2

---

IN THE CASE OF

KEVIN HOFFMAN,

V.

FAIRFIELD RESIDENTIAL CC HOLDINGS LLC, KIMBALL, TIREY & ST. JOHN, LLP, EQUIFAX INFORMATION SERVICES, LLC, AND TRANS UNION, LLC.

3:25-cv-01519-AJB-AHG





3550 Camino Del Rio North, Suite 303  
San Diego , CA 92108  
Phone: 858-434-1020

# INVOICE

Invoice # 6075  
Date: 11/25/2025

Kevin Hoffman  
24325 Crenshaw Blvd. #266  
Torrance, California 90505

## FCRA - Hoffman v. Kimball Tirey

**Services**

| Type | Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | 07/31/2024 | SK | Initial discussion with client regarding ▮ | 1.00 | $600.00 | $600.00 |
| Service | 08/01/2024 | SK | Review initial documents from client. | 0.60 | $600.00 | $360.00 |
| Service | 09/10/2024 | JB | Call w/ Kevin re: ▮ | 0.40 | $400.00 | $160.00 |
| Service | 09/24/2024 | SK | Review additional documents from client ▮ | 0.80 | $600.00 | $480.00 |
| Service | 09/25/2024 | JB | Call w/ CL re: ▮ | 0.20 | $400.00 | $80.00 |
| Service | 10/17/2024 | JB | Call w/ CL re: ▮ | 0.40 | $400.00 | $160.00 |
| Service | 01/23/2025 | JB | Begin drafting complaint | 0.30 | $400.00 | $120.00 |
| Service | 02/10/2025 | JB | Continue working on initial draft of complaint | 1.70 | $400.00 | $680.00 |
| Service | 02/25/2025 | JB | Research re: ▮ | 0.50 | $400.00 | $200.00 |
| Service | 02/26/2025 | JB | Finalize initial draft of Complaint (pending final Qs ▮ | 1.10 | $400.00 | $440.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 03/19/2025 | JB | Finalize draft of complaint for SK review | 0.50 | $400.00 | $200.00 |
| Service | 03/19/2025 | SK | Review Complaint and provide feedback re same | 1.20 | $600.00 | $720.00 |
| Service | 04/22/2025 | JB | Research re: ▮▮▮ | 0.30 | $400.00 | $120.00 |
| Service | 04/23/2025 | JM | Admin: Client discussion ▮▮▮ | 0.70 | $200.00 | $140.00 |
| Service | 04/25/2025 | JB | Brief firm mtg re: ▮▮▮ | 0.20 | $400.00 | $80.00 |
| Service | 04/25/2025 | JB | Message to CL ▮ ▮▮▮ | 0.10 | $400.00 | $40.00 |
| Service | 04/29/2025 | JB | Final research re: ▮▮▮ | 0.80 | $400.00 | $320.00 |
| Service | 04/30/2025 | JB | Review draft of complaint for grammar, spelling and ensure all applicable legal principles applied and finalize draft for final attny review | 0.50 | $400.00 | $200.00 |
| Service | 05/06/2025 | JM | Admin: Research ▮▮▮ | 0.30 | $200.00 | $60.00 |
| Service | 05/09/2025 | JB | Email to CL re: ▮▮▮ | 0.10 | $400.00 | $40.00 |
| Service | 06/11/2025 | JB | Review email from CL re: ▮▮▮ | 0.10 | $400.00 | $40.00 |
| Service | 06/11/2025 | JC | Message to CL ▮▮▮ | 0.10 | $200.00 | $20.00 |
| Service | 06/12/2025 | JB | Call w/ CL re: ▮▮▮ | 0.10 | $400.00 | $40.00 |
| Service | 06/12/2025 | JB | Review email from CL re: ▮▮▮ | 0.30 | $400.00 | $120.00 |
| Service | 06/12/2025 | JB | Draft civil case cover sheet and prep complaint & cover sheet for filing | 0.30 | $400.00 | $120.00 |
| Service | 06/13/2025 | JB | Review business entities process servers for all defendants and create list for service | 0.20 | $400.00 | $80.00 |
| Service | 06/24/2025 | JB | ▮▮▮ | 0.10 | $400.00 | $40.00 |
| Service | 07/09/2025 | JB | Review email from OC (Equifax) & set task re: collecting PII info from CL | 0.10 | $400.00 | $40.00 |
| Service | 07/09/2025 | JB | Respond to OC (Equifax) email re: request for PII and stip for extension on | 0.10 | $400.00 | $40.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | response | | | |
| Service | 07/09/2025 | JB | Review & respond to OC (KTS) email re: settlement demand | 0.10 | $400.00 | $40.00 |
| Service | 07/10/2025 | JB | Review & respond to OC (KTS) request for extension to file their answer | 0.10 | $400.00 | $40.00 |
| Service | 07/15/2025 | JB | Firm mtg w/ paralegal re: ▮▮▮▮ | 0.10 | $400.00 | $40.00 |
| Service | 07/15/2025 | JB | Firm mtg re: ▮▮▮▮ | 0.20 | $400.00 | $80.00 |
| Service | 07/16/2025 | JB | review & respond to emails from OC (KTS) re: extension for fairfield | 0.20 | $400.00 | $80.00 |
| Service | 07/16/2025 | JB | Review and respond to emails from OC (Fairfield) re: service & extension requests for response | 0.20 | $400.00 | $80.00 |
| Service | 07/16/2025 | JB | Review stip for extension for time to respond, motion for extension & proposed order for Def Fairfield & email w/ OC re: changes & filing | 0.40 | $400.00 | $160.00 |
| Service | 07/24/2025 | JB | Brief firm mtg re: ▮▮▮▮ | 0.20 | $400.00 | $80.00 |
| Service | 07/25/2025 | JC | Messaged CL ▮▮▮▮ | 0.10 | $200.00 | $20.00 |
| Service | 07/28/2025 | JC | Scheduled CL ▮▮▮▮ | 0.10 | $200.00 | $20.00 |
| Service | 07/29/2025 | JB | Review and respond to OC email (KTS) re: f/up w/ CL on settlement offer from KTS | 0.10 | $400.00 | $40.00 |
| Service | 07/29/2025 | JB | Firm mtg re: ▮▮▮▮ | 0.10 | $400.00 | $40.00 |
| Service | 07/30/2025 | JB | Call w/ CL re: ▮▮▮▮ | 0.30 | $400.00 | $120.00 |
| Service | 07/30/2025 | JB | Email to co counsel re: ▮▮▮▮ | 0.10 | $400.00 | $40.00 |
| Service | 08/04/2025 | JB | Review email from co counsel re: ▮▮▮▮ | 0.10 | $400.00 | $40.00 |
| Service | 08/04/2025 | JB | Discussion w/ CL re: ▮▮▮▮ | 0.10 | $400.00 | $40.00 |
| Service | 08/05/2025 | JB | Review and respond to emails from OC (KTS) re: follow up on settlement & confirmation of 2nd request for extension to answer response (by aug 15) | 0.10 | $400.00 | $40.00 |

| Service | 08/14/2025 | JB | Brief firm mtg re: ▮▮▮▮ | 0.20 | $400.00 | $80.00 |
|---|---|---|---|---|---|---|
| Service | 08/15/2025 | JB | Firm mtg re: ▮▮▮ | 0.20 | $400.00 | $80.00 |
| Service | 08/18/2025 | JB | Review Magistrate judge's rue 26f checklist and CMC statement requirements & prepare notes in anticipation of 26f conference | 0.50 | $400.00 | $200.00 |
| Service | 08/19/2025 | JB | Email to OC (KTS) re: 26f m&c & plan | 0.10 | $400.00 | $40.00 |
| Service | 08/19/2025 | JB | Email to OC (Fairfield) re: 26f plan | 0.10 | $400.00 | $40.00 |
| Service | 08/19/2025 | JB | Start draft of joint case management statement/26f report | 0.90 | $400.00 | $360.00 |
| Service | 08/21/2025 | JB | Finish case management statement (pending confirmation of discovery issues w/ OC KTS & Fairfield & trial dates) | 1.20 | $400.00 | $480.00 |
| Service | 08/22/2025 | AG | Draft26a | 0.20 | $200.00 | $40.00 |
| Service | 08/22/2025 | JB | Review 26a disclosure draft & firm mtg w/ AG re: ▮▮▮ | 0.20 | $400.00 | $80.00 |
| Service | 08/22/2025 | JB | Send email to OC (KTS & Fairfield) re: 26f checklist disputes | 0.20 | $400.00 | $80.00 |
| Service | 08/26/2025 | AG | Revised the 26a and tasked back to JB for review | 0.20 | $200.00 | $40.00 |
| Service | 08/29/2025 | AG | Drafted shell for ENE Brief for JB | 0.20 | $200.00 | $40.00 |
| Service | 09/02/2025 | JB | Review updated drafts of 26a disclosures & finalize for service | 0.30 | $400.00 | $120.00 |
| Service | 09/10/2025 | JB | Finalize draft of case management statement (updating with last settlement updates) pending additions from defendants | 0.40 | $400.00 | $160.00 |
| Service | 09/10/2025 | JB | Review ▮▮▮ | 0.20 | $400.00 | $80.00 |
| Service | 09/10/2025 | JB | Review ▮▮▮ | 0.20 | $400.00 | $80.00 |
| Service | 09/11/2025 | JB | Brief firm mtg re: ▮▮▮ | 0.10 | $400.00 | $40.00 |
| Service | 09/11/2025 | JB | email to co counsel re: ▮▮▮ | 0.10 | $400.00 | $40.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | ▬▬▬▬▬▬▬▬ | | | |
| Service | 09/12/2025 | JB | Updated draft of ENE brief with factual summary and legal positions | 0.90 | $400.00 | $360.00 |
| Service | 09/16/2025 | JB | Update CMC statement ▬▬▬▬▬ ▬▬▬▬▬▬▬ | 0.30 | $400.00 | $120.00 |
| Service | 09/16/2025 | JB | Continue draft of ENE brief | 0.50 | $400.00 | $200.00 |
| Service | 09/17/2025 | JB | Finalize draft of joint case management statement and sent to OCs (kts & fairfield) for review | 0.10 | $400.00 | $40.00 |
| Service | 09/18/2025 | JB | Call w/ CL re: ▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ▬▬ | 0.10 | $400.00 | $40.00 |
| Service | 09/19/2025 | JB | Review OC (KTS) emails re: ene continuance request | 0.10 | $400.00 | $40.00 |
| Service | 09/22/2025 | JB | Review OC (fairfield) email re: Fairfield responses for case management statement & email to OC (KTS-current) re: completing KTS portions | 0.20 | $400.00 | $80.00 |
| Service | 09/22/2025 | AG | adding in all additions from both KTS and Fairfield for JB to re view | 0.20 | $200.00 | $40.00 |
| Service | 09/22/2025 | JB | Review updated joint case management statement & email to OCs (KTS & Fairfield) re: issues | 0.30 | $400.00 | $120.00 |
| Service | 09/22/2025 | JB | Finish draft of ENE brief ▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬ | 0.60 | $400.00 | $240.00 |
| Service | 09/22/2025 | JB | Correspondence w/ counsel for KTS & fairfield re: finalizing case management statement | 0.30 | $400.00 | $120.00 |
| Service | 09/22/2025 | JB | Firm mtg w/ AG re: ▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬ | 0.30 | $400.00 | $120.00 |
| Service | 09/23/2025 | AG | Finalizing documents and prep for filing. Filed via ecf | 0.30 | $200.00 | $60.00 |
| Service | 09/23/2025 | JB | Update & finalize draft of ENE brief | 0.20 | $400.00 | $80.00 |
| Service | 09/24/2025 | JB | Review motion to continue ENE & email to OC re: confirming good to add my signature | 0.20 | $400.00 | $80.00 |
| Service | 09/25/2025 | AG | sending documents ▬▬▬▬▬ to CL and corresponding via email and portal re ▬▬▬▬▬▬. | 0.10 | $200.00 | $20.00 |

Page 5 of 7

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 09/25/2025 | JB | Review Judge new order on continued ENE & corresponding. new deadlines | 0.20 | $400.00 | $80.00 |
| Service | 10/07/2025 | JB | Review & respond to email from OC re: f/up on settlement | 0.10 | $400.00 | $40.00 |
| Service | 10/16/2025 | JB | Review and assess case law re: ▮▮▮▮ | 0.40 | $400.00 | $160.00 |
| Service | 10/22/2025 | JB | Prepare ENE brief & participant info to submit to Judge | 0.20 | $400.00 | $80.00 |
| Service | 10/24/2025 | SK | Review file and prep for ENE | 1.30 | $600.00 | $780.00 |
| Service | 10/28/2025 | AG | Spoke with CL re ▮▮▮▮ | 0.10 | $200.00 | $20.00 |
| Service | 10/28/2025 | SK | Call with client- ▮▮▮ | 0.50 | $600.00 | $300.00 |
| Service | 10/28/2025 | JB | Call w/ CL re: ▮▮▮ | 0.50 | $400.00 | $200.00 |
| Service | 10/28/2025 | JB | Email to co counsel re: ▮▮▮s ▮▮▮ | 0.10 | $400.00 | $40.00 |
| Service | 10/29/2025 | JB | Discuss ▮▮▮ w/ CL | 0.10 | $400.00 | $40.00 |
| Service | 10/29/2025 | JB | Appear at ENE/CMC | 3.00 | $400.00 | $1,200.00 |
| Service | 10/29/2025 | JB | Strategy meeting with SK re: ▮▮▮ | 0.30 | $400.00 | $120.00 |
| Service | 10/29/2025 | SK | Appear at ENE/CMC | 3.00 | $600.00 | $1,800.00 |
| Service | 10/29/2025 | SK | Strategy meeting with JB re: ▮▮▮ | 0.30 | $600.00 | $180.00 |
| Service | 10/30/2025 | JB | Email to OC re: follow up settlement & request to confirm if we're discussing settlement globally | 0.10 | $400.00 | $40.00 |
| Service | 11/04/2025 | AG | Review file and order from court- calendaring corresponding dates from the scheduling order | 1.00 | $200.00 | $200.00 |
| Service | 11/24/2025 | JC | Saved to CL file: Order to allow JT | 0.10 | $200.00 | $20.00 |
| | | | | **Services Subtotal** | | **$15,880.00** |

### Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 06/12/2025 | Filing Fee: $405 Filing of Complaint and Cover Sheet via CASD | 1.00 | $405.00 | $405.00 |

| Expense | 07/16/2025 | South West Legal Services: SWLS - $75.00, 1) Service of Process<br>Served Docs on Trans Union at CSC | 1.00 | $75.00 | $75.00 |
| Expense | 07/16/2025 | South West Legal Services: SWLS - $75.00, 1) Service of Process<br>Served Docs on Equifax at CSC | 1.00 | $75.00 | $75.00 |
| Expense | 07/16/2025 | South West Legal Services: SWLS - $75.00, 1) Service of Process<br>Served Docs on Fairfield Residential CC Holdings at CSC | 1.00 | $75.00 | $75.00 |
| Expense | 07/16/2025 | South West Legal Services: SWLS - $75.00, 1) Service of Process<br>Served Docs on Kimball, Tirey at SD Office | 1.00 | $75.00 | $75.00 |
| Expense | 10/29/2025 | Pacer Charges | 1.00 | $4.70 | $4.70 |

|  |  |
|---|---|
| **Expenses Subtotal** | **$709.70** |
| **Subtotal** | **$16,589.70** |
| **Total** | **$16,589.70** |

**Detailed Statement of Account**

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6075 | 12/25/2025 | $16,589.70 | $0.00 | $16,589.70 |

|  |  |
|---|---|
| **Outstanding Balance** | **$16,589.70** |
| **Amount in Trust** | **$0.00** |
| **Total Amount Outstanding** | **$16,589.70** |

Payment is due upon receipt.

Please make all amounts payable to: Khosroabadi & Hill, APC

If you have any questions regarding your bill, please contact us. Funds willl be deemed earned within 2 business days of the date of the invoice.